UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISON

| | |
|---|---|
| CARL SCAFURO,<br>   PLAINTIFF,<br><br> vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>   DEFENDANTS. | Case No.4:19-cv-00540-SDJ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CAPITAL ONE FINANCIAL CORPORATION, ONLY

The Plaintiff hereby dismisses her claims against Defendant Capital One Financial Corporation, ONLY, without prejudice and without costs to either party.

 DATED this 21st day of October, 2019.

            Respectfully submitted,

            /s/ Chad Hammond
            Chad Hammond
            Attorney for Plaintiff
            800 Town and Country Blvd
            Suite 500
            Houston, TX 77024
            (713) 820-5518
            intake.hmmd@gmail.com

## **PROOF OF SERVICE**

I, Chad Hammons, hereby state that on October 23, 2019, I served a copy of the within pleading upon all counsel of record via the ECF System.

*By:* /s/ Chad Hammond