UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISON

| | |
|---|---|
| CARL SCAFURO,<br>            PLAINTIFF,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>            DEFENDANTS. | Case No.4:19-cv-00540-SDJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE CASE** |

Plaintiff, through counsel undersigned, hereby dismisses the entire case without prejudice and without costs or fees to any party.

DATED: January 24, 2020

                                          Respectfully submitted,

                                          By: */s/ Chad Hammond*
                                          Chad Hammond
                                          Attorney at Law
                                          Texas State Bar No.  00793128
                                          800 Town and Country Blvd.
                                          Suite 300
                                          Houston, Texas 77024
                                          Telephone: 832-431-3042
                                          Facsimile:  832-431-3001
                                          email: intake.hmmd@gmail.com

## PROOF OF SERVICE

I, Chad Hammond, hereby state that on January 24, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

          /s/ Chad Hammond

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: January 24, 2020